UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 16 P 4:26

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| JULIUS AND PHYLLIS WALTZER, On Behalf Of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL LANDINE, JAMES M. FRATES and JAMES L. WRIGHT, <br> Defendants. | CIVIL ACTION NO. 03-12277 RCL |

## JOINT MOTION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

The parties hereto, by and through their counsel, hereby move to extend the time within which defendants Alkermes, Inc., Richard F. Pops, Robert A. Breyer, David A. Broecker, Michael Landine, James M. Frates and James L. Wright (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. The parties respectfully request that such time be extended pending the appointment by the Court of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.) and the filing of a consolidated amended complaint superceding the complaint herein and any related actions. Upon filing of such consolidated amended complaint, defendants' counsel shall confer and agree with counsel for the lead plaintiff or plaintiffs upon a schedule for defendants' response to the consolidated amended complaint.

1

Dated: December 16, 2003

| | |
|---|---|
| JULIUS AND PHYLLIS WALTZER,<br>On Behalf of Themselves and All<br>Others Similarly Situated | ALKERMES, INC., RICHARD F. POPS,<br>ROBERT A. BREYER, DAVID A.<br>BROECKER, MICHAEL LANDINE, JAMES<br>M. FRATES and JAMES L. WRIGHT |

By their attorneys,                                                By their attorneys,

*/s/ Ted Hess-Mahan*                                              */s/ Alexis Shapiro*

Edward F. Haber (BBO#215620)                       Brian E. Pastuszenski (BBO# 390130)
Theodore M. Hess-Mahan (BBO #557109)      Steven D. Whetstone (BBO#562196)
SHAPIRO HABER & URMY LLP                        Alexis L. Shapiro (BBO# 633562)
75 State Street                                                     TESTA, HURWITZ & THIBEAULT, LLP
Boston, MA 02109                                                125 High Street
(617) 439-3939                                                      High Street Tower
                                                                              Boston, MA 02110
Lawrence P. Kolker                                            (617) 248-7000
Christopher S. Hinton
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ, LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Michael E. Criden
HANZMAN & CRIDEN, P.A.
Commercebank Building
220 Alhambra Circle, Suite 400
Coral Gables, FL 33134
(305) 357-9000

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

FILED
IN CLERK'S OFFICE

2003 DEC 16  P 4: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

I, Alexis L. Shapiro, do hereby certify that on the sixteenth day of December, 2003, I caused a true copy of the Joint Motion And [Proposed] Order To Extend Time to Respond To The Complaint to be served on counsel for Plaintiff Julius and Phyllis Waltzer, Edward F. Haber of Shapiro Haber & Urmy LLP, 75 State Street, Boston, MA 02109, Lawrence P. Kolker of Wolf Haldenstein Adler Freeman & Herz, LLP, 270 Madison Avenue, New York, NY 10016 and Michael E. Criden, Hanzman & Criden, P.A., Commercebank Building, 220 Alhambra Circle, Suite 400, Coral Gables, FL 33134

Dated: December 16th, 2003

_____
Alexis L. Shapiro
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

325/3.2726530