FILED
IN CLERKS OFFICE.

2003 DEC 29  P 3: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL BENNETT, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 03-CV-12091-RCL |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| ALKERMES, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| VINCENT RAGOSTA, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 03-CV-12184-RCL |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| ALKERMES, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

SOUTHERN ALASKA CARPENTERS RETIREMENT TRUST'S MOTION TO BE
APPOINTED LEAD PLAINTIFF PURSUANT TO SECTION 21D (3)(B) OF THE
SECURITIES EXCHANGE ACT OF 1934 AND FOR APPOINTMENT OF LEAD COUNSEL;
REQUEST FOR ORAL ARGUMENT

BARRY FAMILY LP, On Behalf of Itself and )    Civil Action No. 03-CV-12243-RCL
All Others Similarly Situated, )

                        CLASS ACTION

                       Plaintiff, )

       vs. )

ALKERMES, INC., et al., )

                   Defendants. )

JULIUS AND PHYLLIS WALTZER, On )    Civil Action No. 03-CV-12277-RCL
Behalf of Themselves and All Others Similarly )
Situated, )

                        CLASS ACTION

                      Plaintiffs, )

       vs. )

ALKERMES, INC., et al., )

                   Defendants. )

DEBRA S. FOLKERTS, On Behalf of Herself )    Civil Action No. 03-CV-12386-RCL
and All Others Similarly Situated, )

                        CLASS ACTION

                       Plaintiff, )

       vs. )

ALKERMES, INC., et al., )

                   Defendants. )

JAMES P. SLAVAS, On Behalf of Himself )    Civil Action No. 03-CV-12471-RCL
and All Others Similarly Situated, )

                        CLASS ACTION

                       Plaintiff, )

       vs. )

ALKERMES, INC., et al., )

                   Defendants. )

Southern Alaska Carpenters Retirement Trust ("Movant"), which purchased or otherwise acquired Alkermes, Inc. ("Alkermes" or the "Company") securities between April 22, 1999 and July 1, 2002 (the "Class Period"), hereby moves this Court for an order granting the Motion to Be Appointed Lead Plaintiff Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 and for Appointment of Lead Counsel.

This motion is brought pursuant to §21D of the Securities Exchange Act of 1934 ("Exchange Act") on the grounds that Movant has timely filed and is the "most adequate plaintiff." In addition, Movant seeks the Court's approval of its selection of Patrick J. Coughlin and Jeffrey W. Lawrence of Milberg Weiss Bershad Hynes & Lerach LLP as lead counsel and Moulton & Gans, P.C. as liaison counsel for the class pursuant to §21D(a)(3)(B)(v), 15 U.S.C. §78u-4(a)(3)(B)(v).

This motion is based upon the accompanying memorandum of points and authorities, the Affidavit of Nancy Freeman Gans, the pleadings and other files and records in each of these actions, and such other written or oral arguments as may be permitted by the Court at the hearing on this motion.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Movant hereby requests oral argument of this motion.

DATED:  December 29, 2003

Respectfully submitted,

MOULTON & GANS, P.C.
NANCY FREEMAN GANS, BBO #184540

33 Broad Street, Suite 1100
Boston, MA  02109
Telephone: 617/369-7979
617/369-7980 (fax)

[Proposed] Liaison Counsel

- 1 -

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 12/29/03