

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL BENNETT, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>                    Defendants. | No. 03-CV-12091-RCL<br><br>CLASS ACTION |
| VINCENT RAGOSTA, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>                  Defendants. | No. 03-CV-12184-RCL<br><br>CLASS ACTION |

[Caption continued on following page.]

MOTION OF SOUTHERN ALASKA CARPENTERS RETIREMENT TRUST TO CONSOLIDATE CASES FOR ALL PURPOSES AND FOR AN ORDER REGARDING PRESERVATION OF DOCUMENTS; REQUEST FOR ORAL ARGUMENT


BARRY FAMILY LP, On Behalf of Itself and      )   Civil Action No. 03-CV-12243-RCL
All Others Similarly Situated,                )
                                              )   CLASS ACTION
                                              )
                        Plaintiff,            )
                                              )
        vs.                                   )
                                              )
ALKERMES, INC., et al.,                       )
                                              )
                        Defendants.           )
                                              )
JULIUS AND PHYLLIS WALTZER, On                )   Civil Action No. 03-CV-12277-RCL
Behalf of Themselves and All Others Similarly )
Situated,                                     )   CLASS ACTION
                                              )
                        Plaintiffs,           )
                                              )
        vs.                                   )
                                              )
ALKERMES, INC., et al.,                       )
                                              )
                        Defendants.           )
                                              )
DEBRA S. FOLKERTS, On Behalf of Herself       )   Civil Action No. 03-CV-12386-RCL
and All Others Similarly Situated,            )
                                              )   CLASS ACTION
                        Plaintiff,            )
                                              )
        vs.                                   )
                                              )
ALKERMES, INC., et al.,                       )
                                              )
                        Defendants.           )
                                              )
JAMES P. SLAVAS, On Behalf of Himself         )   Civil Action No. 03-CV-12471-RCL
and All Others Similarly Situated,            )
                                              )   CLASS ACTION
                        Plaintiff,            )
                                              )
        vs.                                   )
                                              )
ALKERMES, INC., et al.,                       )
                                              )
                        Defendants.           )

The Southern Alaska Carpenters Retirement Trust hereby moves, pursuant to Rule 42 of the Federal Rules of Civil Procedure, to consolidate for all purposes the above-captioned six related actions and for an order regarding the preservation of documents. The basis for the motion is that the six related actions are virtually identical and raise common questions of fact and law. The motion is based on the memorandum of points and authorities filed herewith, the files and records in each of these six related cases and such other matters or arguments that the Court may consider at the hearing on this motion. Defendants do not oppose the Motion to Consolidate.

REQUEST FOR ORAL ARGUMENT

Movant hereby requests oral argument on this motion.

DATED: December 29, 2003

Respectfully submitted,

MOULTON & GANS, P.C.

NANCY FREEMAN GANS, BBO #184540

33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: 617/369-7979
617/369-7980 (fax)

[Proposed] Liaison Counsel

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
PATRICK J. COUGHLIN
JEFFREY W. LAWRENCE
CONNIE M. CHEUNG
SYLVIA SUM
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 12/29/03.

- 1 -

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
WILLIAM S. LERACH
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

T:\pleadingsSF\alkermes\NOT00005032.doc

- 2 -