FILED
IN CLERK'S OFFICE

2003 DEC 29  P 3: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL BENNETT, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>    Defendants. | No. 03-CV-12091-RCL<br><br>**CLASS ACTION** |
| VINCENT RAGOSTA, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ALKERMES, INC., et al.,<br><br>    Defendants. | No. 03-CV-12184-RCL<br><br>**CLASS ACTION** |

[Caption continued on following page.]

RULE 7.1(A) CERTIFICATE
MOTION OF SOUTHERN ALASKA CARPENTERS RETIREMENT TRUST TO CONSOLIDATE CASES FOR ALL PURPOSES AND FOR AN ORDER REGARDING PRESERVATION OF DOCUMENTS; REQUEST FOR ORAL ARGUMENT

F:\ALKERM\71CERT.WPD - December 24, 2003 (11:57AM)

| | |
|---|---|
| BARRY FAMILY LP, On Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ALKERMES, INC., et al., <br><br> Defendants. | Civil Action No. 03-CV-12243-RCL <br><br> <u>CLASS ACTION</u> |
| JULIUS AND PHYLLIS WALTZER, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALKERMES, INC., et al., <br><br> Defendants. | Civil Action No. 03-CV-12277-RCL <br><br> <u>CLASS ACTION</u> |
| DEBRA S. FOLKERTS, On Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ALKERMES, INC., et al., <br><br> Defendants. | Civil Action No. 03-CV-12386-RCL <br><br> <u>CLASS ACTION</u> |
| JAMES P. SLAVAS, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ALKERMES, INC., et al., <br><br> Defendants. | Civil Action No. 03-CV-12471-RCL <br><br> <u>CLASS ACTION</u> |

F:\ALKERM\71CERT.WPD - December 24, 2003 (11:57AM)

I, Nancy Freeman Gans, Esquire, proposed Liaison Counsel for Plaintiffs, hereby certify that on December 24, 2003, I conferred with Brian Pastuszenski, Esquire, Testa Hurwitz & Thibeault, LLP, counsel for Defendants, concerning the Motion of Southern Alaska Carpenters Retirement Trust To Consolidate Cases For All Purposes and For An Order Regarding Preservation of Documents. Defendants took no position on the motion for an order regarding preservation of documents and do not oppose the motion to consolidate.

Dated: December 24, 2003

Respectfully submitted,

MOULTON & GANS, P.C.

NANCY FREEMAN GANS
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: 617-369-7979
Fax:   617-3697980
*Proposed Liaison Counsel*

MILBERG WEISS BERSHAD
            HYNES & LERACH LLP
PATRICK J. COUGHLIN
JEFFREY W. LAWRENCE
CONNIE M. CHEUNG
SYLVIA SUM
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-288-4545
Fax: 415-288-4534

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 12/27/03

F:\ALKERM\71CERT.WPD - December 24, 2003 (11:57AM)

MILBERG WEISS BERSHAD
HYNES & LERACH LLP
WILLIAM S. LERACH
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619-231-1058
Fax:     619-231-7423

*Proposed Lead Counsel*

F:\ALKERM\71CERT.WPD - December 24, 2003 (11:57AM)