UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL BENNETT, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:03-CV-12091 (RCL) |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| VINCENT RAGOSTA, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:03-CV-12184 (RCL) |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

[Captions continued on next page]

**DECLARATION OF PETER A. LAGORIO IN SUPPORT OF MOTION OF DANSKE CAPITAL TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| BARRY FAMILY LP, on behalf of itself and all others similarly situated,　)<br>　)<br>　)<br>　　　　　　　　Plaintiff,　)<br>　)<br>　　　v.　)<br>　)<br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,　)<br>　)<br>　)<br>　)<br>　)<br>　)<br>　　　　　　　　Defendants.　) | Civil Action No. 1:03-CV-12243 (RCL) |
| JULIUS WALTZER and PHYLLIS WALTZER, on behalf of themselves and all others similarly situated,　)<br>　)<br>　)<br>　)<br>　　　　　　　　Plaintiffs,　)<br>　)<br>　　　v.　)<br>　)<br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,　)<br>　)<br>　)<br>　)<br>　)<br>　)<br>　　　　　　　　Defendants.　) | Civil Action No. 1:03-CV-12277 (RCL) |

[Captions continued on next page]

| | | |
|---|---|---|
| DEBRA S. FOLKERTS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:03-CV-12386 (RCL) |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| JAMES P. SLAVAS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:03-CV-12471 (RCL) |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Peter A. Lagorio, declares, under penalty of perjury:

1. I am an attorney at and a member of the law firm of Gilman and Pastor, LLP. I submit this Declaration in support of the motion of Danske Capital to consolidate actions, for the appointment of lead plaintiff and for approval of lead plaintiff's selection of lead counsel and liaison counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the signed certification of class member Danske Capital pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(2).

3. Attached hereto as Exhibit B is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on October 29, 2003 on *Business Wire*, advising the public of the pendency of a class action filed on behalf of shareholders of Alkermes, Inc. ("Alkermes").

4. Attached hereto as Exhibit C is a true and correct copy of a chart of Danske Capital's transactions in Alkermes securities and approximate losses.

5. Attached hereto as Exhibit D is a true and correct copy of the firm biography for Schiffrin & Barroway, LLP, the law firm seeking the Court's approval as lead counsel.

7. Attached hereto as Exhibit E is a true and correct copy of the firm biography for Gilman and Pastor, LLP, the law firm seeking the Court's approval as Liaison Counsel.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
PETER A. LAGORIO