# CERTIFICATE OF SERVICE

03-12091  03-12277
03-13184  03-12386
03-12243  03-12471

I hereby certify that on this 29th day of December, 2003, I have caused a true and correct copy of the foregoing: Notice of Motion to Consolidate Actions, To Be Appointed Lead Plaintiff and For Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel, Memorandum of Law in Support of Motion of Danske Capital To Consolidate Actions, To Be Appointed Lead Plaintiff and For Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counse, and Declaration of Peter A. Lagorio in Support of Motion of Danske Capital To Consolidate Actions, To Be Appointed Lead Plaintiff and For Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel, to be served via first class mail, upon all counsel listed on the attached service list.

*(signature)*
Peter A. Lagorio

## Alkermes, Inc. Service List

Counsel for Plaintiffs:

| | |
|---|---|
| Nancy Gans, Esq.<br>Moulton & Gans, PC<br>33 Broad Street, Suite 1100<br>Boston, MA 02109 | Samuel Rudman, Esq.<br>Cauley Geller, et al.<br>200 Broadhollow Road, Suite 400<br>Melville, NY 11747 |
| Richard Lockridge, Esq.<br>Lockridge Grindal, et al.<br>100 Washington Avenue South<br>Minneapolis, MN 55401 | Lionel Glancy, Esq.<br>Glancy & Binkow, LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 |
| Theodore Hess-Mahan, Esq.<br>Shapiro Haber & Urmy, LLP<br>75 State Street<br>Boston, MA 02109 | Darren Check, Esq.<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004 |
| William Lerach, Esq.<br>Milberg Weiss, et al.<br>401 B Street, Suite 1700<br>San Diego, CA 92101 | Robert Harwood, Esq.<br>Wechsler Harwood, LLP<br>488 Madison Avenue<br>New York, NY 10022 |

Counsel for Defendants:

Alex Shapiro, Esq.
Testa Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110