# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

JULIUS AND PHYLLIS WALTZER, on Behalf of themselves and all others similarly situated,

V.

**SUMMONS IN A CIVIL CASE**

FILED
CLERKS OFFICE

2004 JAN 15 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES and JAMES L. WRIGHT

03 CV 12277 RCL

TO: (Name and address of Defendant)

ALKERMES, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this 17th day of December, 2003

_____
Attorney for Defendant Alkermes, Inc.

11-17-03

CLERK                                                               DATE

(By) DEPUTY CLERK