AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___MASSACHUSETTS___

IN CLERKS OFFICE

JULIUS AND PHYLLIS WALTZER, on Behalf
of themselves and all others similarly situated,

2004 JAN 15  P 12: 17

**SUMMONS IN A CIVIL CASE**

V.

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

ALKERMES, INC., RICHARD F. POPS, ROBERT
A. BREYER, DAVID A. BROECKER, MICHAEL J.
LANDINE, JAMES M. FRATES and JAMES L.
WRIGHT

03 cv 1 2 2 7 7 RCL

TO: (Name and address of Defendant)

RICHARD F. POPS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this __11th__ day of __Dec__, 2003

_____Alex Shapiro_____
Attorney for Defendant Richard F. Pops

_____11-11-03_____

CLERK                                                           DATE

(By) DEPUTY CLERK