# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
2004 JAN 15 P 12: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

JULIUS AND PHYLLIS WALTZER, on Behalf of themselves and all others similarly situated,

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES and JAMES L. WRIGHT

TO: (Name and address of Defendant)

ROBERT A. BREYER

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this 11th day of Dec, 2003

_____
Attorney for Defendant Robert A. Breyer

11-17-03

CLERK                             DATE

(By) DEPUTY CLERK