# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

FILED IN CLERKS OFFICE

JULIUS AND PHYLLIS WALTZER, on Behalf of themselves and all others similarly situated,

2004 JAN 15 P 12: 17

V.

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES and JAMES L. WRIGHT

**03 CV 12277 RCL**

TO: (Name and address of Defendant)

MICHAEL J. LADINE

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within    **20**    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this **11th** day of **Dec**, 2003

_____
Attorney for Defendant Michael J. Ladine

12/11/03

CLERK

(By) DEPUTY CLERK

DATE