UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL BENNETT, on behalf of himself and all others similarly situated, ) ) ) | | |
| Plaintiff, ) ) | | |
| v. ) ) | Civil Action No.  1:03-CV-12091 (RCL) | |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, ) ) ) ) ) ) ) | | |
| Defendants. ) | | |
| VINCENT RAGOSTA, on behalf of himself and all others similarly situated, ) ) ) | | |
| Plaintiff, ) ) | | |
| v. ) ) | Civil Action No.  1:03-CV-12184 (RCL) | |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, ) ) ) ) ) ) ) | | |
| Defendants. ) | | |

[Captions continued on next page]

**NOTICE OF WITHDRAWAL OF PROPOSED LEAD PLAINTIFF DANSKE CAPITAL**

| | | |
|---|---|---|
| BARRY FAMILY LP, on behalf of itself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.  1:03-CV-12243 (RCL) |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| JULIUS WALTZER and PHYLLIS WALTZER, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No.  1:03-CV-12277 (RCL) |
| ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

[Captions continued on next page]

| | |
|---|---|
| DEBRA S. FOLKERTS, on behalf of herself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants.  ) | Civil Action No. 1:03-CV-12386 (RCL) |
| JAMES P. SLAVAS, on behalf of himself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES, and JAMES L. WRIGHT,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants.  ) | Civil Action No. 1:03-CV-12471 (RCL) |

PLEASE TAKE NOTICE, Danske Capital hereby withdraws it Motion for appointment as Lead Plaintiff in the above-captioned action. Danske Capital remains as an absent class

00001519.WPD ; 1

member in this action. Danske Capital's withdrawal does not prejudice the rights of the remaining Lead Plaintiff movants.

Respectfully submitted,

GILMAN AND PASTOR, LLP

*David Pastor*

David Pastor (BBO # 391000)
Peter A. Lagorio (BBO # 567379)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone:   (781) 231-7850
Facsimile:   (781) 231-7840

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Andrew L. Barroway
Stuart L. Berman
Darren J. Check
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA   19004
Telephone:   (610) 667-7706
Facsimile:   (610) 667-7056

**Proposed Lead Counsel**

CERTIFICATE OF SERVICE
I Hereby Certify That A True Copy of The Above Document Was Served Upon Attorney Of Record For Each Other By Mail on 1/23/04
*David Pastor*

00001519.WPD ; 1