# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIUS AND PHYLLIS WALTZER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL J. LANDINE, JAMES M. FRATES and JAMES L. WRIGHT<br><br>    Defendants. | C.A. No: 03 12277 RCL |

## **NOTICE OF ADDRESS CHANGE**

PLEASE TAKE NOTICE that effective May 4, 2004, the law firm of Shapiro Haber & Urmy LLP has the following new address. The telephone and facsimile numbers remain the same.

    Shapiro Haber & Urmy LLP
    Exchange Place
    53 State Street
    Boston, MA 02109

Dated: May 5, 2004

    /s/ Theodore Hess-Mahan
    Thomas G. Shapiro BBO # 454680
    Theodore M. Hess-Mahan BBO # 557109
    Shapiro Haber & Urmy LLP
    75 State Street
    Boston, MA 02108
    (617) 439-3939